Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WAYNE B. KNIGHT,<br><br>Plaintiff,<br><br>vs.<br><br>PIERCE COUNTY, a Municipal Corporation; PIERCE COUNTY SHERIFF'S DEPUTY RICHARD FOLDEN, in his individual capacity; and PIERCE COUNTY THOMAS DAVIS, in his individual capacity,<br><br>Defendants. | NO. C06-5499 BHS<br><br>STIPULATED ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the complaint in the above-entitled matter has been fully settled and compromised between the plaintiff Wayne Knight and defendants Pierce County, Richard Folden and Thomas Davis, and may be dismissed with prejudice, with all parties to bear their own costs and attorney fees.

DATED this ____ day of June, 2008.

The Law Office of Hugh J. McGavick      GERALD A. HORNE
                                        Prosecuting Attorney

1

| By | By |
|---|---|
| /S/ Hugh J. McGavick | /S/ P. Grace Kingman |
| HUGH J. McGAVICK, WSBA 12047 | P.GRACE KINGMAN, WSBA 16717 |
| Attorney for Plaintiff | Deputy Prosecuting Attorney |
|  | Attorneys for Defendants |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

THIS MATTER coming on to be heard before the undersigned Judge of the above-entitled Court based upon the stipulation of the plaintiff Wayne B. Knight and defendants Pierce County, Richard Folden and Thomas Davis for dismissal, and the Court being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that the plaintiff's complaint against the defendants be, and the same is hereby dismissed with prejudice, with all parties to bear their own costs and attorney fees.

DATED this 5th day of June, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

GERALD A. HORNE
Prosecuting Attorney

By
 /S/ P. Grace Kingman
 P.GRACE KINGMAN
 Deputy Prosecuting Attorney
 Attorneys for Defendants
 WSBA # 16717

APPROVED AND NOTICE OF PRESENTMENT WAIVED:

The Law Office of Hugh J. McGavick

By
/S/ Hugh J. McGavick
HUGH J. McGAVICK
Attorney for Plaintiff
WSBA # 12047

3